IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| JJM, LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>NATIONAL PARK SERVICE and JOY BEASLEY, in her official capacity as Keeper of the National Register of Historic Places,<br><br>    Defendants. | Case No. 1:25-cv-486 |

**JOINT STATUS REPORT AND PROPOSED SCHEDULE**

Pursuant to the Court's direction during the February 17 status conference, the parties to the above-captioned case have conferred and jointly submit the following litigation schedule for the Court's consideration:

- Defendants will serve Plaintiff with the certified administrative record ("AR") by **April 17, 2026**. Defendants will also file the certification and AR index. Defendants defer to the Court's preference regarding the manner (*e.g.*, USB flash drive, CD, cloud link) and timing of providing the complete record to the Court.

- Plaintiff will notify Defendants of any issues regarding completeness of the AR and whether Plaintiff intends to seek admission of extra record evidence by **May 8, 2026**. If the parties are unable to resolve issues related to the AR's completeness or extra-record evidence, any motion to supplement or complete the AR shall be filed by **May 22, 2026**. Filing of such a motion shall have the effect of vacating the summary judgment schedule proposed below, and the parties will file a joint status report proposing a new summary judgment schedule within 2 weeks of a decision on the record motion.

- Plaintiff will file its motion for summary judgment by **June 9, 2026**.

- Defendants will file their combined response to Plaintiff's motion for summary judgment and cross-motion for summary judgment by **August 7, 2026**.

- Plaintiff will file its combined response and reply by **August 28, 2026**.

- Defendants will file their reply by **September 18, 2026**.

Dated: March 6, 2026

Respectfully submitted,

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
Environment & Natural Resources Division

*s/ Amanda K. Rudat*
AMANDA K. RUDAT
Trial Attorney
Natural Resources Section
United States Department of Justice
P.O. Box 7611
Washington, DC 20044-7611
Tel: (202) 532-3201
amanda.rudat@usdoj.gov

*Counsel for Defendants*

   */s/ Benjamin E. Ford, Esq.*
Benjamin E. Ford, Esq.
Twain Braden, Esq.
Grayson P. Szczepaniak, Esq.
ARCHIPELAGO
1 Dana Street, 4th Floor
Portland, ME 04101
(207) 558-0102
bford@archipelagona.com
tbraden@archipelagona.com
gszczepaniak@archipelagona.com

*Counsel for Plaintiff*