**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MAINE**

| | |
|---|---|
| JJM, LLC,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL PARK SERVICE and JOY BEASLEY, in her official capacity as Keeper of the National Register of Historic Places,<br><br>Defendants. | Case No. 1:25-cv-486 |

**UNOPPOSED MOTION FOR RELIEF FROM LOCAL RULE 56(b)-(g)**

Defendants respectfully move for relief from Local Rule 56(b)-(g), which concern statements of material facts. Plaintiff's complaint is brought under the Administrative Procedure Act ("APA"), Dkt. No. 1, and will therefore be resolved on cross-motions for summary judgment based on the administrative record, *see* Dkt. No. 19. Defendants have filed the administrative record with the Court. *See* Dkt. No. 14.

A statement of material facts "serves limited purpose in cases brought pursuant to the APA because, as a general rule, all relevant facts are contained in the administrative record for such a case, and, as a result, there are no material facts in dispute." *Maine v. Norton*, 257 F. Supp. 2d 357, 363 (D. Me. 2003); *see also, e.g.*, *Sierra Club v. U.S. Army Corps of Eng'rs*, No. 2:20-cv-396-LEW, 2025 WL 961432, at *2 (D. Me. Mar. 31, 2025) ("Because my review is limited to the administrative record, there are no issues of material fact[.]"). Defendants therefore request that they be relieved from the requirements regarding statements of material facts found at Local Rule 56(b)-(g), and that they instead cite directly to the administrative record in their summary judgment

briefs.[1] Defendants would respond to Plaintiffs' characterization of the record as necessary in their summary judgment briefs.

Dated: September 23, 2026

Respectfully submitted,

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
Energy & Natural Resources Division

*s/ Amanda K. Rudat*
AMANDA K. RUDAT
GRACE C.Y. MERMEL
Trial Attorneys
Natural Resources Section
United States Department of Justice
P.O. Box 7611
Washington, DC 20044-7611
(202) 532-3201 (Rudat)
(202) 532-3115 (Mermel)
amanda.rudat@usdoj.gov
grace.mermel@usdoj.gov

***Counsel for Defendants***

[1] If relief is granted, no additional statements of material fact will be submitted to the Court and Plaintiff will likewise cite directly to the administrative record in response to any of Defendants' briefs.